FILED
GREAT FALLS DIV.

2009 AUG 3 PM 1 56

PATRICK E. DUFFY, CLERK

BY _____
         DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

CURTIS SULLIVAN,

                    Plaintiff,

vs.

DR. GIANARELLI, et al.,

                    Defendant.

No. CV 09-39-GF-SEH

**ORDER**

On July 7, 2009, United States Magistrate Judge Keith Strong entered

Findings and Recommendation[1] in this matter.  Plaintiff did not file objections.

No review is required of proposed findings and recommendations to which no

objection is made.  Thomas v. Arn, 474 U.S. 140, 149-152 (1986).  However, this

Court will review Judge Strong's Findings and Recommendation for clear error.

_____

[1] Docket No. 5.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1.     The Complaint[2] is DISMISSED WITH PREJUDICE for failure to state a claim and comply with an order of the Court.

2.     The docket shall reflect the filing of this action constitutes one strike under 28 U.S.C. § 1915(g).

3.     A certificate of appealability is DENIED.  Any appeal from this disposition will not be taken in good faith due to the frivolous nature of the issues raised.

The Clerk is directed to enter judgment accordingly.

DATED this _____2nd_____ day of August, 2009.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.